

FILED
CLERK, U.S. DISTRICT COURT

May 20, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___D. Brown___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> HECTOR MARTINEZ JR., ) <br> ) <br> Defendant. ) | Case No.: 5:19-CR-00221-RGK <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)  information in the Pretrial Services Report and Recommendation

    (X)  information in the violation petition and report(s)

    (X)  the defendant's nonobjection to detention at this time

    ( )  other:

1

and/ or

B. (X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

  (X)　information in the Pretrial Services Report and Recommendation
  (X)　information in the violation petition and report(s)
  (X)　the defendant's nonobjection to detention at this time
  ( )　other:

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: May 20, 2021

_____
KENLY KIYA KATO
United States Magistrate Judge